[No. 9367-1-III. Division Three. March 30, 1989.]

JIM BUNCH, ET AL, *Appellants,* v. AMERICAN NATIONAL FIRE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-02085-2, Cameron K. Hopkins, J.,

entered May 6, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.